UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES H. EPSTEIN,

    Plaintiff,

v.     CASE NO. 8:16-cv-2525-T-23AEP

SELECT PORTFOLIO
SERVICING, INC.,

    Defendant.
_____/

**ORDER**

In accord with the parties' stipulation (Doc. 22), the action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on March 24, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE